# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| **THOM SYRDAHL,** *Plaintiff*, v. **AAG RALEIGH, LLC D/B/A FRED ANDERSON NISSAN OF RALEIGH,** *Defendant.* | **CASE NO.: 5:22-CV-258** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to the above-captioned action hereby stipulate to the dismissal of all claims, counterclaims, and defenses in this action, **with prejudice**. This action is hereby terminated in its entirety.

*Respectfully submitted on this, the 27th day of October 2022,*

| | |
|---|---|
| /S/ WILSON FONG | /S/ DAVID A. PASLEY |
| *Attorney for the Plaintiff* | *Attorney for the Defendant* |
| NC State Bar No. 50708 | NC State Bar No. 52332 |
| HENSEL LAW, PLLC | SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P. |
| Post Office Box 39270 | Post Office Box 2611 |
| Greensboro, North Carolina 27438 | Raleigh, North Carolina 27602-2611 |
| Phone: (336) 218-6466 | Phone: (919) 821-1220 |
| Fax: (336) 218-6467 | Fax: (919) 821-6800 |
| will.fong@hensellaw.com | dpasley@smithlaw.com |

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2022, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, and will serve the following by Certified Mail, return receipt:

>DAVID A. PASLEY
>SMITH, ANDERSON, BLOUNT, DORSETT,
>MITCHELL & JERNIGAN, L.L.P.
>Post Office Box 2611
>Raleigh, North Carolina 27602-2611
>Phone: (919) 821-1220
>Fax: (919) 821-6800
>dpasley@smithlaw.com
>*Counsel for the Defendant*
>*Defendant*

>/s/ WILSON FONG
>*Attorney for the Plaintiff*
>NC State Bar No. 50708
>HENSEL LAW, PLLC
>Post Office Box 39270
>Greensboro, North Carolina 27438
>Phone: (336) 218-6466
>Fax: (336) 218-6467
>will.fong@hensellaw.com